UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SOLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF STANISLAUS, *et al.*,<br><br>    Defendants.<br>_____ / | CASE NO. 1:14-cv-937 LJO-BAM<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE NO LATER THAN **July 28, 2014** |

On June 19, 2014, Plaintiff, proceeding pro se, filed a complaint in this civil action. (Doc. 1). Plaintiff has neither submitted a completed in forma pauperis application form pursuant to 28 U.S.C. § 1915, nor has he paid the $400.00 filing fee. Accordingly, IT IS HEREBY ORDERED that:

**No later than July 28, 2014**, Plaintiff shall submit the attached application to proceed informa pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.

Failure to comply with this order will result in this action be dismissed.

IT IS SO ORDERED.

Dated:   **June 24, 2014**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

1