# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SOLIS,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | 1:14-cv-00937---BAM<br><br>ORDER FINDING SERVICE OF THIRD AMENDED COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF<br><br>(ECF No. 11) |

Plaintiff Javier Solis ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court finds that Plaintiff's third amended complaint, filed on August 31, 2015, states a cognizable claim against Defendants Griebel and Quiroz in their individual capacities for excessive force in violation of the Fourth Amendment, and against Defendants Niewenhuis, King and Albonetti in their individual capacities for failure to intercede. 28 U.S.C. 1915(e)(2)(B).[1]

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1. Service is appropriate for defendants:

   **Officer Griebel**

   **Officer Quiroz**

   **Officer Niewenhuis**

---

[1] By separate order, the Court has issued findings and recommendations that Plaintiff's official capacity claims and Defendants City of Ceres Police Department and City of Ceres be dismissed from this action.

1

**Officer King**

**Officer Albonetti**

2. The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed August 31, 2015.

3. Within thirty (30) days from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents;

    a. Completed summonses;

    b. One completed USM-285 form for each defendant listed above; and

    c. Six (6) copies of the endorsed third amended complaint filed August 31, 2015.

4. Plaintiff need not attempt service on these defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

6. <u>The failure to comply with this Order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **September 29, 2015**           /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE