UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SOLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>QUIROZ, et al.,<br><br>    Defendants. | No. 1:14-cv-00937-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF DEFENDANTS ALBONETTI AND KING FOR FAILURE TO EFFECTUATE SERVICE OF PROCESS<br><br>(Doc. Nos. 32, 35, 37) |

Plaintiff Javier Solis, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 19, 2014. (Doc. No. 1.) On May 22, 2016, the assigned magistrate judge issued an order requiring plaintiff to show cause why defendants Albonetti and King should not be dismissed from the action due to plaintiff's failure to provide sufficient information to effectuate service upon them. (Doc. No. 35.) Plaintiff did not comply or otherwise respond to the order to show cause.

On June 3, 2016, the Magistrate Judge issued findings and recommendations recommending that defendants Albonetti and King be dismissed from this action, without prejudice, due to plaintiff's failure to effectuate service of the summons and complaint upon them pursuant to Federal Rule of Civil Procedure 4(m). Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14)

1

days after service.  (Doc. No. 37.)  More than fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations (Doc. No. 37) issued on June 3, 2016, are adopted in full; and
2. Defendants Albonetti and King are dismissed from this action, without prejudice, due to plaintiff's failure to timely effectuate service of the summons and complaint upon those defendants pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated:  **July 21, 2016**                                                  _Dale A. Drozd_
                                                                                              UNITED STATES DISTRICT JUDGE