1  LONGYEAR, O'DEA & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  Amanda L. McDermott, CSB No.: 253651
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: 916-974-8500
4  Facsimile: 916-974-8510

5  Attorney for Defendants
   City of Ceres;
6  Officer Griebel,
   Officer Quiroz,
7  and Officer Niewenhuis

8

9

10                **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12

13  JAVIER SOLIS,                      )  Case No.: 1:14-cv-0937-DAD-BAM
                                       )
14              Plaintiff              )
                                       )  **STIPULATION AND ORDER FOR**
15  v.                                 )  **DISMISSAL BY OPERATION OF LAW**
                                       )
16  CITY OF CERES; OFFICER GRIEBEL, (ID )
    NUMBER 363) individually, OFFICER  )
17  QUIROZ, (ID NUMBER 656) individually, )
    OFFICER NIEWENHUIS individually,   )
18  OFFICER KING individually, OFFICER )
    ALBONETTI individually,            )
19                                     )
                Defendants             )
20  _____)

21

22       IT IS HEREBY STIPULATED by and between **PLAINTIFF, JAVIER SOLIS,** and

23  **DEFENDANTS, CITY OF CERES, OFFICER GRIEBEL, OFFICER QUIROZ, AND**

24  **OFFICER NIEWENHUIS** through their designated counsel that Defendants **CITY OF**

25  **CERES, OFFICER GRIEBEL, OFFICER QUIROZ, AND OFFICER NIEWENHUIS** are

26  hereby dismissed with prejudice from all claims by plaintiff pursuant to Federal Rules of Civil

27  Procedure 41(a)(1), all parties to bear their own attorney's fees and legal costs.

28

**IT IS SO STIPULATED:**

Dated:  January 9, 2017                    LONGYEAR, O'DEA & LAVRA, LLP

                                  By:  */s/ John A. Lavra*
                                       JOHN A. LAVRA
                                       *Attorney for City of Ceres, Officer Griebel, Officer*
                                       *Quiroz, and Officer Niewenhuis*

Dated:  December ___, 2016

                                  By:  _____
                                       JAVIER SOLIS
                                       *Plaintiff in Pro Per*

### ORDER

On January 5, 2017, Plaintiff Javier Solis filed a stipulated notice of voluntary dismissal to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 39).  In light of Plaintiff's voluntary dismissal, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own attorney's fees and costs. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

   Dated:  **January 9, 2017**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE